UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NATIONAL CASUALTY COMPANY,<br>Petitioner<br><br>v.<br><br>FIRST STATE INSURANCE GROUP,<br>Respondent | C.A. NO: 04-10167MLW |

## ASSENTED TO MOTION FOR AN EXTENSION OF TIME

With the assent of Respondent, Petitioner hereby moves that the time for filing its opposition to Respondent's Motion for Sanctions be extended to April 1, 2004. As grounds for this motion, Petitioner states that the brief extension it is requesting is needed properly to complete the preparation of its opposition.

NATIONAL CASUALTY COMPANY,
By its Attorneys,

/s/ Natasha C. Lisman
Natasha C. Lisman, BBO #301700
Susan A. Hartnett, BBO #544672
Sugarman, Rogers, Barshak & Cohen, P.C.
101 Merrimac Street, 9th Floor
Boston, MA 02114
(617) 227-3030

ASSENTED TO:

/s/ Lloyd A. Gura (nc/)
Lloyd A. Gura, Esquire
Mound, Cotton, Wollan & Greengrass
One Battery Park Plaza
New York, NY 10004-1486
(212) 804-4200

DATED: March 30, 2004

## CERTIFICATE OF SERVICE

I, Natasha C. Lisman, hereby certify that on this 30th day of March, 2004 I served the within Assented To Motion For An Extension of Time by mailing a copy of same, first-class mail, postage prepaid to the following counsel of record:

Mitchell S. King, Esquire
Thomas M. Elcock, Esquire
Prince, Lobel, Glovsky & Tye LLP
585 Commercial Street
Boston, MA 02109-1024

Lawrence S. Greengrass, Esquire
Lloyd A. Gura, Esquire
Todd A. Bakal, Esquire
Sanjit Shah, Esquire
Mound, Cotton, Wollan & Greengrass
One Battery Park Plaza
New York, NY 10004-1486

_____
Natasha C. Lisman

#347060