UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
----------------------------------------------------X
NATIONAL CASUALTY COMPANY,

        Plaintiff,

v.

FIRST STATE INSURANCE GROUP,

        Defendant.
----------------------------------------------------X

C. A. No. 04-10167-MLW

### DEFENDANT FIRST STATE INSURANCE GROUP'S MOTION TO DISMISS PLAINTIFF NATIONAL CASUALTY COMPANY'S AMENDED PETITION

Defendant First State Insurance Group ("First State") respectfully moves this Court for an Order, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, dismissing National Casualty Company's Amended Petition to Vacate Arbitral Award and for Other Relief. In support of this Motion, First State relies on the accompanying Memorandum of Law in Support of its Motion to Dismiss the Amended Petition.

        First State Insurance Group

        By its attorneys,

        Mitchell S. King, Esq. (BBO#2728107)
        Thomas M. Elcock, Esq. (BBO #548027)
        Prince, Lobel, Glovsky & Tye LLP
        585 Commercial Street
        Boston, Massachusetts 02109
        (617) 456-8000

        -and-

        Mound, Cotton, Wollan & Greengrass
        One Battery Park Plaza
        New York, NY 10004
        (212) 804-4200

Dated: October 8, 2004

## CERTIFICATE OF SERVICE

I, Thomas M. Elcock, hereby certify that on October 8, 2004, I served First State Insurance Group's Motion to Dismiss National Casualty Company's Petition to Vacate Arbitral Order and Enjoin Further Arbitral Proceedings, Or, in the Alternative, Remand, by causing copies to be delivered via ~~facsimile,~~ hand delivery ~~and first class mail, postage prepaid~~, to counsel of record for all parties.

_____
Thomas M. Elcock

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
-------------------------------------------------X
NATIONAL CASUALTY COMPANY,

                 Plaintiff,

      v.

FIRST STATE INSURANCE GROUP,

                 Defendant.
-------------------------------------------------X

C. A. No. 04-10167-MLW

## LOCAL RULE 7.1 CERTIFICATION

      I hereby certify that, pursuant to L.R., D. Mass 7.1(A)(2), counsel for both parties conferred on October 8, 2004 by telephone in a good faith attempt to resolve and narrow the issues raised in Defendant First State Insurance Group's Motion to Dismiss Plaintiff National Casualty Company's Amended Petition

                                  First State Insurance Group

                                  By its attorneys,

                                  */s/ Thomas Elcock*
                                  Mitchell S. King, Esq. (BBO#2728107)
                                  Thomas M. Elcock, Esq. (BBO #548027)
                                  Prince, Lobel, Glovsky & Tye LLP
                                  585 Commercial Street
                                  Boston, Massachusetts 02109
                                  (617) 456-8000

                                  -and-

                                  Mound, Cotton, Wollan & Greengrass
                                  One Battery Park Plaza
                                  New York, NY 10004
Dated: October 8, 2004                (212) 804-4200