UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
-------------------------------------------------X
NATIONAL CASUALTY COMPANY,

                            C. A. No. 04-10167-MLW

      Plaintiff,

    v.

FIRST STATE INSURANCE GROUP,

      Defendant.
-------------------------------------------------X

### DEFENDANT FIRST STATE INSURANCE GROUP'S MOTION TO CONFIRM THE FINAL ARBITRATION AWARD DATED MARCH 12, 2004

Defendant First State Insurance Group ("First State") respectfully moves this Court for an Order, pursuant to 9 U.S.C. § 9, confirming the final arbitration award, dated March 12, 2004, issued by the panel in the arbitration between Plaintiff National Casualty Company and First State. In support of this Motion, First State relies on the accompanying Memorandum of Law in Support of its Motion to Confirm the Final Award.

                                            First State Insurance Group
                                            By its attorneys,

                                            _____
                                            Mitchell S. King, Esq. (BBO#2728107)
                                            Thomas M. Elcock, Esq. (BBO #548027)
                                            Prince, Lobel, Glovsky & Tye LLP
                                            585 Commercial Street
                                            Boston, Massachusetts 02109
                                            (617) 456-8000

                                            -and-

                                            Mound, Cotton, Wollan & Greengrass
                                            One Battery Park Plaza
                                            New York, NY 10004
Dated: October 8, 2004                          (212) 804-4200

## CERTIFICATE OF SERVICE

I, Thomas M. Elcock, hereby certify that on October 8, 2004, I served First State Insurance Group's Motion to Dismiss National Casualty Company's Petition to Vacate Arbitral Order and Enjoin Further Arbitral Proceedings, Or, in the Alternative, Remand, by causing copies to be delivered via facsimile, hand delivery and first class mail, postage prepaid, to counsel of record for all parties.

*[signature]*
Thomas M. Elcock

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
-------------------------------------------------X
NATIONAL CASUALTY COMPANY,

        Plaintiff,

v.

FIRST STATE INSURANCE GROUP,

        Defendant.
-------------------------------------------------X

C. A. No. 04-10167-MLW

## LOCAL RULE 7.1 CERTIFICATION

I hereby certify that, pursuant to L.R., D. Mass 7.1(A)(2), counsel for both parties conferred on October 8, 2004 by telephone in a good faith attempt to resolve and narrow the issues raised in Defendant First State Insurance Group's Motion to Confirm the Final Arbitration Award Dated March 12, 2004.

        First State Insurance Group

        By its attorneys,

        _____
        Mitchell S. King, Esq. (BBO#2728107)
        Thomas M. Elcock, Esq. (BBO #548027)
        Prince, Lobel, Glovsky & Tye LLP
        585 Commercial Street
        Boston, Massachusetts 02109
        (617) 456-8000

        -and-

        Mound, Cotton, Wollan & Greengrass
        One Battery Park Plaza
        New York, NY 10004
Dated: October 8, 2004        (212) 804-4200