UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
-----------------------------------------------------X
NATIONAL CASUALTY COMPANY,

                              C. A. No. 04-10167-MLW

        Plaintiff,

  v.

FIRST STATE INSURANCE GROUP,

        Defendant.
-----------------------------------------------------X

### DEFENDANT FIRST STATE INSURANCE GROUP'S MOTION FOR LEAVE TO FILE A REPLY TO PLAINTIFF NATIONAL CASUALTY COMPANY'S OPPOSITION TO DEFENDANT'S MOTION TO STRIKE

Defendant First State Insurance Group ("First State") respectfully moves, pursuant to Local Civil Rule 7.1(b)(3), for leave to file a Reply to Plaintiff National Casualty Company's ("National Casualty") Opposition to First State's Motion to Strike. A copy of First State's Reply is attached hereto.

As grounds for this Motion, First State respectfully submits that a Reply is necessary to demonstrate that the concerns raised by First State in its Motion to Strike, and by National Casualty in its Opposition thereto, may be resolved in a manner satisfactory to both parties.

                                          First State Insurance Group
                                          By its attorneys,

                                          /s/ Thomas Elcock
                                          Mitchell S. King, Esq. (BBO#2728107)
                                          Thomas M. Elcock, Esq. (BBO #548027)
                                          Prince, Lobel, Glovsky & Tye LLP
                                          585 Commercial Street
                                          Boston, Massachusetts 02109
                                          (617) 456-8000

                                          -and-

                                            Mound, Cotton, Wollan & Greengrass
                                            One Battery Park Plaza
                                            New York, NY 10004
                                            (212) 804-4200

Dated: October 8, 2004

## **CERTIFICATE OF SERVICE**

      I, Thomas M. Elcock, hereby certify that on October 8, 2004, I served First State Insurance Group's Defendant First State Insurance Group's Motion For Leave To File A Reply To Plaintiff National Casualty Company's Opposition To Defendant's Motion To Strike by causing copies to be delivered via facsimile, hand delivery and first class mail, postage prepaid, to counsel of record for all parties.

                                                      _____
                                                         Thomas M. Elcock