UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

NATIONAL CASUALTY CO.,            )
    Plaintiff,                   )
                                 )
    v.                           )    C.A. No. 04-10167-MLW
                                 )
FIRST STATE INSURANCE GROUP,      )
    Defendant.                   )

ORDER

Wolf, D.J.                                    October 29, 2004

In an August 30, 2004 Order (Docket No. 25) the court denied plaintiff National Casualty Company's ("National Casualty") motion to seal filings in this case (Docket No. 2). However, the court noted that "there may be a limited amount of information in the submissions that can properly be protected as confidential, at least temporarily, prior to the court's decisions on the pending and forthcoming motions."

On September 24, 2004, defendant First State Insurance Group ("First State") moved to strike portions of the December 18, 2003 deposition of William Wigmanich, and the Privilege Log produced by First State in the now-concluded arbitration, from the record (Docket No. 26). In its opposition to First State's Motion to Strike (Docket No. 30), National Casualty suggested that, in the alternative, the documents could be placed under seal. In reply (Docket No. 36), First State indicated that sealing the record as to these documents would satisfy its concerns Accordingly, it is hereby ORDERED that:

1. With the consent of the National Casualty, defendant First

State Insurance Group's Privilege Log and the deposition testimony
of William Wigmanich are temporarily placed under seal.

2. The parties shall, by November 8, 2004, file for the public
record redacted versions of all submissions referring to the
Privilege Log or to the deposition testimony of William Wigmanich.


          /s/ Mark L. Wolf
          UNITED STATES DISTRICT JUDGE