IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

-----------------------------------------------------------------X

NATIONAL CASUALTY COMPANY,
    Plaintiff,

and

FIRST STATE INSURANCE GROUP,
    Defendant.

-----------------------------------------------------------------X

Civil Action No. 04-10167MLW

FILING FEE PAID:
RECEIPT # 60552
AMOUNT $ 50.00
By DPTY CLK
DATE 12/6/04

## DEFENDANT'S MOTION TO ADMIT SANJIT SHAH *PRO HAC VICE*

For the above mentioned matter, the undersigned counsel attests:

1.  Thomas M. Elcock is a member of the bar of the State of Massachusetts;

2.  Thomas M. Elcock has filed an appearance in the above-captioned action;

3.  The certificate required by Local Rule 83.5.3 is attached to this motion as Exhibit A.

On this basis First State Insurance Group moves for the admission of Sanjit Shah *Pro Hac Vice*.

Dated: December 6, 2004

                              Respectfully submitted,

                              FIRST STATE INSURANCE GROUP

                              By their attorneys,

                              Thomas M. Elcock BBO#548027
                              Prince, Lobel, Glovsky & Tye LLP
                              585 Commercial Street
                              Boston, MA 02109
                              (617) 456-8000

## CERTIFICATE OF SERVICE

I, Thomas M. Elcock, Esquire hereby certify that on this ___ day of December, 2004, I served a copy of the foregoing Defendant's Motion For *Pro Hac Vice* Admission with Exhibit via first class mail, postage pre-paid, upon the following Counsel of Record:

Susan A. Hartnett, Esq.
Sugarman, Rogers, Barshak & Cohen, P.C.
101 Merrimac Street, 9th Floor
Boston, MA 02114-4737

_____
Thomas M. Elcock