IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

----------------------------------------------------------------X

NATIONAL CASUALTY COMPANY,
    Plaintiff,

Civil Action No. 04-10167MLW

v.

FIRST STATE INSURANCE GROUP,
    Defendant.

----------------------------------------------------------------X

## APPLICATION FOR *PRO HAC VICE* CERTIFICATION OF SANJIT SHAH

I, Sanjit Shah, pursuant to the United States District Court for the District of Massachusetts, Local Rule 83.5.3, do hereby certify the following in connection with my request for permission to appear in the above-captioned matter before this court:

1. I am an admitted member of the bar in the State of New York and I am in good standing in every jurisdiction in which I have been admitted into practice;

2. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction;

3. I certify that I have knowledge of the Local Rules of the United States District Court for the District of Massachusetts.

Signed on December 3, 2004 under the pains and penalties of perjury.

_____
Sanjit Shah