# SRBC

**SUGARMAN, ROGERS, BARSHAK & COHEN, P.C.**
Attorneys at Law

101 Merrimac Street
Boston, MA 02114-4737
617-227-3030
617-523-4001 Fax
www.srbc.com

NATASHA C. LISMAN
lisman@srbc.com

December 13, 2004

**BY HAND**

The Honorable Mark L. Wolf
District Judge
United States District Court
   for the District of Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Room 2300
Boston, MA 02210

     Re: *National Casualty Company v. First State Insurance Group*
          U.S.D.C. Civil Action No. 04-10167MLW

Dear Judge Wolf:

    In response to your Order of December 7, 2004, I write to advise you that National Casualty Company does not intend to argue that you should review the portion of its Amended Petition arising under 9 U.S.C. §§10 (a)(1) and (3) as a complaint.

    Thank you.

                             Very truly yours,

                             Natasha C. Lisman

NCL/ja

cc:   <u>Via E-mail</u>:

      Lloyd A. Gura, Esquire
      Todd A. Bakal, Esquire
      Thomas M. Elcock, Esquire