UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

NATIONAL CASUALTY COMPANY,    )                    C.A. NO: 04-10167MLW
                    Petitioner    )
                                  )
v.                                )
                                  )
                                  )
FIRST STATE INSURANCE GROUP,     )
                    Respondent    )

**PETITIONER'S  MOTION FOR LEAVE TO FILE A REPLY BRIEF**

Pursuant to Local Rule 7.1(B)(3), Petitioner National Casualty hereby moves for

leave to file a Reply brief to Respondent First State's Memorandum of Law In

Opposition to Plaintiff National Casualty Company's Supplemental Submission.  The

proposed Reply is filed herewith.   National Casualty requests this leave in order to have

an opportunity to respond to a new argument made for the first time by First State on an

issue that it had extensively brief before.  National Casualty believes that its proposed

Reply may be  helpful to the Court in  considering First State's argument.

NATIONAL CASUALTY COMPANY,
By its Attorneys,


 _/s/ Natasha C. Lisman_____
Natasha C. Lisman, BBO #301700
Susan A. Hartnett, BBO #544672
Sugarman, Rogers, Barshak & Cohen, P.C.
101 Merrimac Street, 9th Floor
Boston, MA  02114
(617) 227-3030

DATED:  February 11, 2005

<u>PETITIONER'S RULE 7.1 CERTIFICATE</u>

I, Natasha C. Lisman, counsel for the petitioner, National Casualty Company ("National Casualty"), in accordance with the requirements of Local Rule 7.1 of the United States District Court for the District of Massachusetts, certify that I attempted to contact counsel for the respondent to discuss its position on this motion but was unable to reach him.


_/s/ Natasha C. Lisman_____
Natasha C. Lisman


_____

#359471

2