UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO.   __CA04-10167__

National Casualty Co. _____          First State Insurance Group _____
            PLAINTIFF                                       DEFENDANT

Natasha Lisman _____          Susan Grodeine _____

Susan Hartman _____          Lloyd Gura _____

Mark Kerecken _____          Thomas Elcock _____

        COUNSEL FOR PLAINTIFF              COUNSEL FOR DEFENDANT

JUDGE__Wolf____          CLERK__O'Leary____          REPORTER__Killian____

CLERK'S NOTES

| DATES: | Motion Hearing |
|--------|----------------|
| 2/17/05 | Court listens to oral arguments on the pending motions.  Court defendant's motion to dismiss the amended |
|  | petition (docket no. 31).  Court then listens to oral arguments on the defendant's motion for sanctions |
|  | (docket no. 17).  Court denies the motion for sanctions.  Plaintiff orally moves for the court to reserve its |
|  | decision until after the plaintiff's are able to view the subject documents.  Court denies the request as the |
|  | decision in Chevron was irrelevant and not material to its own decision. |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |