```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS

NATIONAL CASUALTY CO.,            )
     Plaintiff,                   )
                                  )
     v.                           )   C.A. No. 04-10167-MLW
                                  )
FIRST STATE INSURANCE GROUP,      )
     Defendant.                   )
```

## ORDER

Wolf, D.J.                                        February 18, 2005

For the reasons described in detail in court on February 17, 2005, it is hereby ORDERED that:

1. The portion of National Casualty Company's ("National Casualty") Amended Petition to Vacate an Arbitral Order and for Other Relief (Docket No. 13) which arises under §10 of the Federal Arbitration Act, 9 U.S.C. §§10(a)(1) and (3), is DENIED.

2. First State Insurance Group's ("First State") Motion to Dismiss National Casualty's Amended Petition (Docket No. 31) is ALLOWED as to the remainder of National Casualty's Amended Petition.

3. First State's Motion to Confirm the Final Arbitration Award Dated March 12, 2004 (Docket No. 33) is ALLOWED.

4. First State's Motion for Sanctions (Docket No. 17) is DENIED.

5. First State's Motion for an Order of Impoundment and Sealing of Confidential Material (Docket No. 47) is ALLOWED.

```
                              /s/ Mark L. Wolf
                         UNITED STATES DISTRICT JUDGE
```