UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| NATIONAL CASUALTY COMPANY,<br>Petitioner | ) <br> ) <br> ) | C.A. NO: 04-10167MLW |
| v. | ) <br> ) <br> ) | |
| FIRST STATE INSURANCE GROUP,<br>Respondent | ) <br> ) <br> ) | **NOTICE OF APPEAL** |

Notice is hereby given that Petitioner, National Casualty Company ("National Casualty") hereby appeals to the United States Court of Appeals for the First Circuit from the following paragraphs of the Order entered in this action on February 18, 2005:

**Paragraph 1**, denying the portion of National Casualty's Amended Petition to Vacate an Arbitral Order arising under 9 U.S.C. §§ 10(a)(1) and (3);

**Paragraph 2**, allowing Respondent First State Group's motion dismiss as to the remainder of National Casualty's Amended Petition;

**Paragraph 3**, allowing First State Group's Motion to Confirm the Final Arbitration Award Dated March 12, 2004.

NATIONAL CASUALTY COMPANY,
By its Attorneys,

Natasha C. Lisman, BBO #301700
Susan A. Hartnett, BBO #544672
Sugarman, Rogers, Barshak & Cohen, P.C.
101 Merrimac Street, 9th Floor
Boston, MA 02114
(617) 227-3030

DATED: March 17, 2005

2

## CERTIFICATE OF SERVICE

I, Natasha C. Lisman, hereby certify that on this 17th day of March, 2005 I served the within Notice of Appeal by mailing a copy of same, via first-class mail, postage prepaid to the following counsel of record:

Lloyd A. Gura, Esquire
Mound, Cotton, Wollan & Greengrass
One Battery Park Plaza
New York, NY 10004-1486

Thomas M. Elcock, Esquire
Prince, Lobel, Glovsky & Tye LLP
585 Commercial Street
Boston, MA 02109-1024

_____
Natasha C. Lisman

#360794