# United States Court of Appeals
## For the First Circuit



04-10167
USDC/MA
Wolf, M.

No. 05-1505

NATIONAL CASUALTY COMPANY,

Petitioner, Appellant,

v.

FIRST STATE INSURANCE GROUP,

Respondent, Appellee.

**JUDGMENT**

Entered: December 2, 2005

This cause came on to be heard on appeal from the United States District Court for the District of Massachusetts, and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The decision of the district court is affirmed.

Certified and Issued as Mandate
under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

*George Gheras*
Deputy Clerk

Date: 12/23/05

By the Court:

RICHARD CUSHING DONOVAN

_____
Richard Cushing Donovan, Clerk

[cc: Ms. Lisman, Ms. Hartnett, Mr. Gura, Mr. Shah, Mr. Bakal, Mr. Greengrass, Mr. King & Mr. Elcock.]