# United States Court of Appeals
## For the First Circuit

No. 05-1505
D.C. No. 04-10167

NATIONAL CASUALTY COMPANY

Petitioner - Appellant

v.

FIRST STATE INSURANCE GROUP

Respondent - Appellee

---

TAXATION OF COSTS

---

Entered: January 6, 2006

Costs in favor of Appellee First State Insurance Group are taxed as follows:

Reproduction of appellee's brief..................$80.60

TOTAL .........$80.60

Pursuant to Fed. R. App. P. 39(d)(3), the district court is directed to add this taxation of costs to the mandate issued on December 23, 2005.

CERTIFIED COPY
I HEREBY CERTIFY THIS DOCUMENT
IS A TRUE AND CORRECT COPY OF
THE ORIGINAL ON FILE IN MY OFFICE
AND IN MY LEGAL CUSTODY.

FIRST CIRCUIT COURT OF APPEALS
BOSTON, MA
By: [signature] Date: 1/6/06

By the Court:
Richard Cushing Donovan, Clerk

JULIE GREGG

By:_____
Operations Manager

[Certified copies: Hon. Mark L. Wolf and Ms. Sarah A. Thornton,
Clerk of the United States District Court of Massachusetts]

[cc: Natasha C. Lisman, Esq., Susan A. Hartnett, Esq.,
Lloyd A. Gura, Esq., Sanjit Shah, Esq., Todd A. Bakal, Esq.,
Lawrence S. Greengrass, Esq., Mitchell S. King, Esq.,
Thomas M. Elcock, Esq.]